**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.:

**C.D.S. MOVING EQUIPMENT, INC.,** a California Corporation,
Plaintiff,

v.

**PACKAGING EXCHANGE INC.,** a Delaware corporation, **MCS HOLDINGS, LLC,** a Colorado Limited Liability Company, **LEAH MEDINA**, an individual, **BLAIR COOPER**, an individual,

Defendants.

---

**AFFIDAVIT OF MICHAEL AARON BARWICK**

---

COMES NOW, Aaron Barwick, of lawful age, being duly sworn upon his oath and does hereby states and depose as follows:

1. I am at least 18 years of age, competent to testify and have actual knowledge of all facts alleged in this Affidavit.
2. I am the Chief Financial Officer at C.D.S. MOVING EQUIPMENT, INC. ("CDS")
3. Through my role at CDS, I have direct knowledge of Leah Medina's ("Medina") and Blair Cooper's ("Cooper") employment and responsibilities at CDS.
4. Through my role at CDS, I participated in the negotiations and eventual acquisition of Rocky Mountain Pioneer, LLC ("Rocky Mountain"). Referred to hereafter as the "Agreement".



EXHIBIT "2"

5. CDS saw Medina and Cooper's continued employment after the transaction was a material term to the Agreement as their customer base, goodwill and industry knowledge of the Denver area was key to CDS' continued success throughout Colorado.

6. Prior to the execution of the Agreement, CDS had no substantive presence in Colorado.

7. The entire purpose of the Agreement with MCS Holdings, LLC ("MCS") was the purchase of Rocky Mountain's established brand and goodwill in Colorado market which included their customers, confidential information, and trade secrets. In addition, to use Medina and Cooper to build and expand on this foundation in the Colorado market.

8. Through their employment at CDS, Medina and Cooper's responsibilities included the oversight of all Denver operations and as a result, had unfiltered access to all of CDS' trade secrets and confidential information. They had access to CDS' customer lists, vendor information, contributed in creating business forecasts, customer quotes, rate sheets, pricing information, sales revenue information and other sensitive documentation.

9. CDS was only made aware that Medina and Cooper were not in the office when an employee was looking for them.

10. CDS only knew they had Medina and Cooper had resigned and accepted new positions with Packaging Exchange Inc. ("Packaging") when a customer called to inform CDS that Mr. Cooper was in their office soliciting their business on behalf of another company.

11. CDS has become aware that everyday Medina and Cooper are reaching out to customers on behalf of Packaging.

12. Since Medina and Cooper have left the company CDS has lost hundreds of customers and millions of dollars in revenue.

13. CDS is now considering whether or not it will be able to maintain the benefit of the bargain it thought it purchased and that whether it can remain in the Colorado market.
14. In late August 2024 we were told by someone on a conference call with the CEO of Packaging, Robert Egan, that he expressed that there was blood in the water and that his intent was to put CDS out of business.
15. After Medina and Cooper's resignation, Mr. Egan reached out to one of the owners of CDS on LinkedIn inquiring whether he could speak with someone about the purchase of CDS.

FURTHER AFFIANT SAYETH NAUGHT

Dated this 14th day of October, 2024.

Michael Aaron Barwick

STATE OF NEVADA )
)ss
COUNTY OF Clark )

BEFORE ME this 14th day of October, 2024, personally appeared Michael Aaron Barwick, who upon oath and after being duly sworn states that the above is true and correct to the best of his personal knowledge.

Witness my hand and official seal.

My commission expires: January 14, 2028

David Aguilar
Notary Public - State of Nevada
County of Clark
APPT. NO. 23-3932-01
My Appt. Expires: January 14, 2028

Notary Public